## STATE OF CONNECTICUT *v.* RUBEN ROMAN

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 194 (AC 21586), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court was not required to hold a preliminary inquiry regarding the defendant's claim of juror misconduct?"

The Supreme Court docket number is SC 16678.

*Michael A. Georgetti,* in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided January 28, 2002

---

## RITA DONALDSON *v.* U.S. INSPECT, INC.

The defendant's petition for certification for appeal from the Appellate Court (AC 22145) is denied.

*Neil Johnson,* in support of the petition.

*John P. Clifford, Jr.,* and *John J. Robacynski,* in opposition.

Decided January 28, 2002